jmillettinf

LEONARDO M. RAPADAS
United States Attorney
GREGG PARKER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG - 2 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JEREMY R. MILLETT <br> Defendant. | MAGISTRATE CASE NO. 06-00009 <br><br> **INFORMATION** <br><br> **POSSESSION OF A CONTROLLED SUBSTANCE** <br> [21 U.S.C. § 844(a)] <br> **(Class A Misdemeanor)** |

THE UNITED STATES ATTORNEY CHARGES:

On or about the 3rd day of June 2006, in the District of Guam, on Polaris Point, Naval Base, Guam, the defendant, JEREMY R. MILLETT, knowingly possessed 1 gram of Marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

DATED this 1st day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *a WILLIAM* GREGG PARKER
Special Assistant U.S. Attorney