**Criminal Case Cover Sheet**                                                                 U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number __06 - 00009__
Same Defendant _____        New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __X__ No

Defendant Name          _____Jeremy R. Millett_____

Alias Name              _____

Address                 _____

                        _____Barrigada, Guam_____

Birthdate xx/xx/1978  SS# xxx-xx-9823   Sex __M__  Race _____ Nationality _____

**U.S. Attorney Information:**

SAUSA ~~Gregg Parker~~ WILLIAM Gregg Parker

Interpreter: __X__ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty __X__ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  21 USC 844(a) | Possession of a Controlled Substance | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __8/2/06__   Signature of AUSA: _____[signature]_____

RECEIVED AUG - 2 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM