ORIGINAL

jmillettmot

LEONARDO M. RAPADAS
United States Attorney
GREGG PARKER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG - 2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 06-00009 |
| Plaintiff. ) | |
| ) | **UNITED STATES' REQUEST** |
| vs. ) | **FOR ISSUANCE OF SUMMONS** |
| ) | |
| JEREMY R. MILLETT ) | |
| ) | |
| Defendant. ) | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, JEREMY R. MILLETT, based on an Information filed charging the defendant with one count of Possession of a Controlled Substance in violation of Title 21, United States Code, Section 844(a).

Respectfully submitted this 2nd day of August 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
GREGG PARKER
as WILLIAM Special Assistant U.S. Attorney