# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Carmen D. O'Mallan, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM

AUG 14 2006

MARY L.M. MORAN
CLERK OF COURT

[X] **Original Notice**          [ ] Notice of Disposition

Date: **August 8, 2006**          Date: _____

By: **Joaquin V.E. Manibusan, Jr.**          By: _____
**U.S. Magistrate Judge**

---

| | | | |
|---|---|---|---|
| Defendant: | **MILLETT, Jeremy Ryan** | Case Number: | **USDC MJ CS. NO. 06-00009-001** |
| Date of Birth: | **XX-XX-1978** | Place of Birth: | **San Diego, CA - USA** |
| SSN: | **XXX-XX-9823** | | |

---

**NOTICE OF COURT ORDER** (Order Date: **August 8, 2006** )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

---

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    ☐ Not Convicted - Document returned to defendant.
    ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative