
FILED
DISTRICT COURT OF GUAM
AUG 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>JEREMY R. MILLETT<br>　　　　　Defendant.<br>_____ | ) MAGISTRATE CASE NO. 06-00009-001<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Re: Informational Report, No Action Requested**

On August 8, 2006, Jeremy R. Millett made an Initial Appearance on an Information charging him with Possession of a Controlled Substance (Class A Misdemeanor), in violation of 21 U.S.C. § 844(a). The defendant entered a not guilty plea to the charge and trial was set for October 2, 2006 at 9:30 a.m. He was released on personal recognizance bond with the following conditions: that he report to the U.S. Probation Office for supervision as directed; maintain or actively seek employment; surrender any passport to the Clerk of Court, District Court of Guam; obtain no passport; not leave Guam without the permission of the District Court; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from the excessive use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to any method of testing required by a pretrial services officer or the supervising officer for determining whether the defendant is using a prohibited substance; refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which are required as a condition of release; and notify the U.S. Probation Office of any change in residence. Mr. Millett is alleged to have violated the following condition of release:

**Special Condition:** *The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.*

ORIGINAL

Informational Report, No Action Requested
Re: MILLETT, Jeremy R.
USDC MJ Cs. No. 06-00009-001
August 16, 2006
Page 2

On August 8, 2006, upon release, Jeremy Millett submitted to a drug test at the probation office and tested presumptive positive for Tetrahydracannibinoid (THC). He admitted to the use of marijuana on July 19, 2006.

Since the alleged drug use occurred prior to Mr. Millett's appearance in District Court, it is recommended that this report be for informational purposes only and no action be taken at this time. Mr. Millett's compliance will be monitored and any subsequent violations will be reported to the Court accordingly.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Jennifer Sanchez, Special Assistant U.S. Attorney
    Richard Arens, Assistant Federal Public Defender
    File