# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: MJ-06-00009	DATE: October 26, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori	Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez	Electronically Recorded: 10:07:34 - 10:22:00
CSO: N. Edrosa

---

**APPEARANCES:**

Defendant: Jeremy R. Millett	Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.	☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ryan Anderson	U.S. Agent:
U.S. Probation: Carleen Borja	U.S. Marshal: None Present
Interpreter:	Language:

---

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Defendant advised of his rights, charges and penalties.
- Plea entered: Guilty
- Plea: Accepted.
- Status Hearing set for: December 12, 2006 at 10:00 a.m.
- Presentence Report due: November 27, 2006
- Responses to the Presentence Report due: December 4, 2006
- Defendant released on the same conditions previously ordered.

NOTES: