**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**

CASE NO.: MJ-06-00009　　　　　　　　　　DATE: December 12, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present　　　　　　Court Reporter: None Present
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 10:08:47 - 10:20:33
CSO: J. Lizama

**APPEARANCES:**
Defendant: Jeremy Millett　　　　　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Kristen St. Peter　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　Language:

**PROCEEDINGS: Status Hearing**
- Government and Defense had no objections to the sentencing recommendation submitted by the U.S. Probation Office.
- The Court adopted the sentencing recommendation and placed the defendant on a Pre-Judgment Probation for a term of 1 year.
- Defendant admonished to abide by his the conditions set forth.
- Defendant released.

NOTES: