PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| | | | |
|---|---|---|---|
| TO: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | FROM: | Carmen D. O'Mallan, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

FILED
DISTRICT COURT OF GUAM
DEC 19 2006
MARY L.M. MORAN
CLERK OF COURT

[ ] **Original Notice**    [X] **Notice of Disposition**

Date: August 8, 2006              Date: December 12, 2006

By: Joaquin V.E. Manibusan, Jr.   By: Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge             U.S. Magistrate Judge

---

Defendant: MILLETT, Jeremy Ryan     Case Number: USDC MJ CS. NO. 06-00009-001
Date of Birth: XX-XX-1978           Place of Birth: San Diego, CA - USA
SSN: XXX-XX-9823

NOTICE OF COURT ORDER (Order Date: August 8, 2006 )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    [ ] Not Convicted - Document returned to defendant.
    [ ] Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
    [X] Convicted - Document and copy of Judgment enclosed.
Defendant (or representative

**ORIGINAL**

Case 1:06-mj-00009    Document 18    Filed 12/19/2006    Page 1 of 1