IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
AMENDED MINUTES**
CHANGE OF PLEA



FILED
DISTRICT COURT OF GUAM
FEB -5 2007
MARY L.M. MORAN
CLERK OF COURT

CASE NO.: MJ-06-00009         DATE: October 26, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori            Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 10:07:34 - 10:22:00
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Jeremy R. Millett              Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.        ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ryan Anderson              U.S. Agent:
U.S. Probation: Carleen Borja             U.S. Marshal: None Present
Interpreter:                              Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Defendant advised of his rights, charges and penalties.
- Plea entered: Guilty
- Plea: Deferred. **
- Status Hearing set for: December 12, 2006 at 10:00 a.m.
- Presentence Report due: November 27, 2006
- Responses to the Presentence Report due: December 4, 2006
- Defendant released on the same conditions previously ordered.

NOTES:

**Amended to indicate the plea was deferred.