ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00009-001 |
| Plaintiff, | |
| vs. | **APPLICATION FOR RELEASE OF PASSPORT** |
| JEREMY MILLETT, | |
| Defendant. | |

COMES NOW, U.S. Probation Officer Specialist Carmen D. O'Mallan, in the above-captioned case and requests for the release of United States Passport Number XXXXXXXXX to the defendant, Jeremy Millet. The passport was released to the custody of the U.S. Probation Office pending the disposition of this case. The defendant was sentenced on December 12, 2006, to a one year pre-judgment term of probation.

Dated this 24th day of July 2007.

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist