ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JEREMY MILLETT, ) <br> ) <br> Defendant. ) <br> _____ ) | MAGISTRATE CASE NO. 06-00009-001 <br><br> **ORDER Granting Application for Release of Passport** |

Upon application by the U.S. Probation Office and for good cause shown, the Court hereby directs the U.S. Probation Office to release the Defendant's passport to him.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Jul 31, 2007**