LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 29 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JEREMY MILLETT,<br><br>    Defendant. | MAGISTRATE CASE NO. 06-00009-001<br><br>**MOTION TO DISMISS INFORMATION** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Information in the above cause against defendant, JEREMY MILLETT, be dismissed in the interest of justice based on the defendant's successful completion of his pre-judgment probation period.

Respectfully submitted this 29th day of January 2008.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and NMI

By: _____
                                              RYAN M. ANDERSON
                                              Special Assistant U.S. Attorney