LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06-00009 |
| Plaintiff, | ) | |
| vs. | ) | |
| JEREMY MILLETT, | ) | **ORDER** |
| Defendant. | ) | |

On August 2, 2006, an Information was filed charging the Defendant with Possession of a controlled substance, in violation of 21 U.S.C. § 844(a). On January 29, 2008, the United States filed a motion to dismiss the Information in light of Defendant's successful completion of pre-judgment probation.

Accordingly, the court dismisses the Information with prejudice.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Jan 31, 2008**